## Commonwealth *v.* Hank, Appellant.

Before RIDGE, J.

Argued November 20, 1975. *Charles E. McKissock,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Charles W. Johns,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed; petition for reargument refused January 22, 1976.

## Commonwealth *v.* Hardick, Appellant.

Before SNYDER, P. J.

Argued November 18, 1975. *Robert M. Hanak,* for appellant; *J. Kipp Lukehart,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., absent.